UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE,<br>      Plaintiff,<br><br>v.<br><br>TOCO WARRANTY CORP.,<br>WARRANTECH AUTOMOTIVE, INC.,<br>WESCO INSURANCE COMPANY, JOHN<br>and/or JANE DOE(s) 1-100, and XYZ<br>Companies 1-100,<br>      Defendants. | Civil Action Number 1:20-cv-12067 |

**NOTICE OF REMOVAL**

Toco Warranty Corporation ("Toco") gives notice of removing this case from the Trial Court of Massachusetts, District Court Department, Middlesex County, Cambridge Division (Civil Action Number 2052CV000366-EF) to the United States District Court for the District of Massachusetts. Removal is proper because there is complete diversity of citizenship and the claim of damages by the plaintiff is in excess of $75,000.00, the statutory minimum for diversity jurisdiction. Moreover, the plaintiff has raised a federal question by bringing claims pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227(b)(1)(A) (Count I) and 47 U.S.C. §227(c)(1) to (4) (Count II). In support of removal, Toco states:

1. Toco first received a copy of the complaint on October 30, 2020, less than thirty days from the date of filing this notice of removal. Thus, this Notice of Removal is timely. 28 U.S.C. § 1446(b)(2)(B).

2. The plaintiff, Robert A. Doane, is a citizen of Massachusetts. (Complaint ¶ 33.)

3. Toco is a corporation organized under the laws of Delaware, with a principal place of business in California. (Complaint ¶ 34.)

4. Warrantech Automotive, Inc., according to the Complaint, is a corporation organized under the laws of Connecticut, with a principal place of business in New York. (Complaint ¶ 35.)

5. Wesco Insurance Company, according to the Complaint, is a corporation organized under the laws of Delaware, with a principal place of business in New York. (Complaint ¶ 36.)

6. Pursuant to 28 U.S.C. § 1441(b)(1), defendants sued under fictitious names shall be disregarded in determining whether a civil action is removable.

7. There is, therefore, complete diversity between the plaintiff and the defendants. 28 U.S.C. § 1332(a).

8. The plaintiff alleges more than $120,000.00 in damages. (Complaint ¶ 117.) Accordingly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. Consequently, the plaintiff's claims are ones over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity between the plaintiff and defendants and the amount in controversy exceeds $75,000.00. The action is therefore removable under 28 U.S.C. § 1441(a).

10. Moreover, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the plaintiff has brought counts pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. (Complaint ¶¶ 83-102.) This Court has supplemental jurisdiction over all other claims pursuant to 28 U.S.C. § 1367. The action is therefore removable under 28 U.S.C. § 1441.

11. Pursuant to 28 U.S.C. §1446(a), the complaint, summons, and statement of damages, which constitutes all process, pleadings, and orders served upon Toco, are attached to this Notice of Removal as Exhibit 1.

12. Pursuant to 28 U.S.C. §1446(d), Toco will promptly give notice of this filing to the plaintiff and will file a copy of this Notice of Removal with the clerk of the Cambridge District Court.

13. Warrantech Automotive, Inc. consents to the removal. All defendants who have been properly joined and served consent to this removal. 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, the case now pending in the Trial Court of Massachusetts, District Court Department, Middlesex County, Cambridge Division, Civil Action Number 2052CV000366-EF, is hereby removed to the United States District Court for the District of Massachusetts.

                                            Respectfully submitted,

                                            TOCO WARRANTY CORP
                                            By its attorneys,

                                            /s/ Christopher A. Duggan
                                            Christopher A. Duggan (BBO No. 544150)
                                            Andrew D. Black (BBO No. 669839)
                                            Smith Duggan Buell & Rufo LLP
                                            55 Old Bedford Road
                                            Lincoln, MA 01773
                                            (617) 228-4400
                                            Chris.Duggan@SmithDuggan.com
                                            Andrew.Black@SmithDuggan.com

Dated:  November 19, 2020

### CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of November 2020, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

                                            /s/ Christopher A. Duggan